**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:

    Gregory D. Johnson                    Case # 04-11624-SSM
    and
    Michelle D. Johnson

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| Southern Management Corp<br>1950 Old Gallows Rd, Suite 600<br>Vienna, VA 22182-3970 | $12.00 |

Dated:    October 22, 2009        __/s/Thomas P. Gorman _____
                                                     Thomas P. Gorman
                                                     300 North Washington Street, Ste. 400
                                                     Alexandria, VA 22314
                                                     (703) 836-2226
                                                     VSB#26421